# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOISES PIMENTEL,<br><br>Defendant. | Case No.: 22-CR-00819-CAB<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Information in this case under Rule 48(a) of the Federal Rules of Criminal Procedure. For reasons stated in the motion, the court finds that the interests of justice and judicial economy are served by granting the requested dismissal.

**WHEREFORE, IT IS HEREBY ORDERED** that the Government's motion to dismiss the Information without prejudice is GRANTED. Bond filed on behalf of the defendant is hereby exonerated.

**IT IS SO ORDERED**.

DATED: 5/19/2022

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE